PERKINS v. PERKINS

No. 332P87.

Case below: 85 N.C. App. 660.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

PHILLIPS & JORDAN INVESTMENT CORP. v. ASHBLUE CO.

No. 385P87.

Case below: 86 N.C. App. 186.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

ROBERTS v. BURLINGTON INDUSTRIES, INC.

No. 387PA87.

Case below: 86 N.C. App. 126.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 3 September 1987.

ROBINSON v. N. C. FARM BUREAU INS. CO.

No. 323PA87.

Case below: 86 N.C. App. 44.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 September 1987.

ROWLAND v. TERMINIX SERVICE

No. 296P87.

Case below: 85 N.C. App. 538.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.